**James RENNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81391.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 22, 2003.

---

3. City's Motion for Sanctions is hereby denied.

Scott Thompson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H CRANDALL JR., J. and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

James T. Renner ("movant") appeals the judgment of the motion court denying his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 24.035 on the merits after evidentiary hearing. In his motion, movant claims his guilty plea was involuntarily entered due to ineffective assistance of his counsel.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).